# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-5314

———————————————

JAMES GILLISPIE,

Appellant,

v.

JOHN COLE BAKKER,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Jack R. Heflin, Judge.

October 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Glenn M. Swiatek, Shalimar, for Appellant.

John Cole Bakker, pro se, for Appellee.